United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EDWIN ANTONIO GUEVARA GAITAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08471** |
| | § | |
| **GABRIEL MARTINEZ, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Edwin Antonio Guevara Gaitan's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss (ECF No. 4). On October 5, 2026, Respondents filed their Motion to Dismiss informing the Court that Petitioner was removed from the United States to El Salvador at 4:34 AM on September 29, 2026. ECF No. 4.

Therefore, the Petition (ECF No. 1) is **DENIED AS MOOT**. Respondents' Motion to Dismiss (ECF No. 4) is **GRANTED**. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 6th day of October, 2026.

Keith P. Ellison
United States District Judge